IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDWARD KIRSCHNER and EUGENIA KIRSCHNER, | ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) CASE NO. 13-1207-SCW-DGW ) |
| AERCO International, Inc., et al., | ) ) |
| Defendant(s). | ) ) |

## JUDGMENT IN A CIVIL CASE

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendant **CRANE CO.** is dismissed without prejudice pursuant to an Order entered by Magistrate Judge Stephen C. Williams on January 6, 2014 (Doc. 107).

**IT IS FURTHER ORDERED AND ADJUDGED** that the remainder of the case is **REMANDED** to the Third Judicial Circuit state court Madison County, Illinois, Case No. 13-L-1744.

**DATED** this 8th day of January, 2014

NANCY J. ROSENSTENGEL,
Clerk of Court

By: s//Angie Vehlewald
    Deputy Clerk

Approved by:  s// Stephen C. Williams
    STEPHEN C. WILLIAMS
    United States Magistrate Judge